IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

                                           Criminal No. WDQ-94-206

v.     *

ANTHONY D. HAWKS     *
# 30149-037

                                 * * * * * *

ORDER

      Pending is a paper filed by Anthony D Hawks, proceeding pro se, requesting a reduction of sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses. The paper shall be construed as a motion for reduction of sentence pursuant to 18 U.S.C. §3582(c). Upon review of the paper, it is this 10th day of June, 2008, hereby ordered by the United States District Court for the District of Maryland that:

1. The paper IS CONSTRUED as a motion pursuant to 18 U.S.C. §3582(c);

2. The Clerk SHALL PROVIDE a copy of this order and the 18 U.S.C. §3582(c) motion to: the Federal Public Defender for the District of Maryland; the United States Attorney for the District of Maryland; and the United States Probation Office;

3. The Federal Public Defender for the District of Maryland is appointed to PRELIMINARILY REVIEW the motion and PROVIDE a status report within thirty days; and

4. The Clerk SHALL SEND a copy of this order to defendant.

                                                                               /s/
                                           William D. Quarles, Jr.
                                           United States District Judge