**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

NICHOLAS J. VITEK
STAFF ATTORNEY

July 9, 2008

**Crack Reduction – Status Report**
**Motion for Appointment of Counsel**

The Honorable William D. Quarles
United States District Court
 for the District of Maryland
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:   United States v. Anthony Hawks
      Case No. WDQ 94-0206

Dear Judge Quarles:

Please accept and docket this letter as a status report regarding Mr. Hawks pending *pro se* motion for reduction in sentence based on Amendment 706 to the Federal Sentencing Guidelines (the "crack" amendment). Mr. Hawks projected release date is May 30, 2013.

The United States Probation Officer has not yet issued a report in Mr. Hawks case. Accordingly, undersigned counsel requests an additional 120 days to prepare a status report. Counsel also respectfully requests this Court appoint the Office of the Federal Public Defender to represent Mr. Hawks in this matter. Enclosed is a proposed Order.

Thank you for your consideration of this matter.

Sincerely yours,

Nicholas J. Vitek
Staff Attorney

cc:   Barbara Sale, Assistant United States Attorney
      Estelle Santana, United States Department of Probation
      Anthony Hawks, # 30149-037

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. WDQ 94-0206 |
| ANTHONY HAWKS | * | |

\* \* \* \* \* \*

## ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this ___ day of _____, 2008, ordered by the United States District Court for the District of Maryland that:

1)   The status report shall be docketed as a Motion for Appointment of Counsel;

2)   The Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with a motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 706; and

3)   The Office of the Federal Public Defender shall provide an updated status report to this Court within 120 days of the date of this Order.

_____
The Honorable William D. Quarles
United States District Judge