IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. WDQ 94-0206 |
| ANTHONY HAWKS | * | |

* * * * * *

### ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this 11th day of July 2008, ordered by the United States District Court for the District of Maryland that:

1)   The status report shall be docketed as a Motion for Appointment of Counsel;

2)   The Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with a motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 706; and

3)   The Office of the Federal Public Defender shall provide an updated status report to this Court within 120 days of the date of this Order.

The Honorable William D. Quarles
United States District Judge